RECEIVED
IN LAKE CHARLES, LA

JAN 24 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TAMERAH LYNN BOYKIN, ET AL | : | DOCKET NO. 05 CR 1819 |
| VS. | : | JUDGE MINALDI |
| PPG INDUSTRIES, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Having considered the uncontested Motion to Sever and Remand of PPG Industries, Inc.:

IT IS ORDERED that the concursus proceeding filed by the plaintiffs herein seeking a judicial declaration as to entitlement to the proceeds of Byrlyne Van Dyke's attorney fee is severed from the remainder of the lawsuit herein, and that the remaining underlying action, including all portions of this litigation other than the said concursus proceeding is hereby remanded to the 14th Judicial District Court for the State of Louisiana, Judge Michael Canaday.

Lake Charles, Louisiana, this _22_ day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE