RECEIVED
IN LAKE CHARLES, LA

AUG 2 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| TAMERAH LYNN BOYKIN and SHERRY DELL TRAHAN, | CIVIL ACTION NO. 2:05CV1819 |
| | JUDGE MINALDI |
| Plaintiffs, | MAGISTRATE JUDGE WILSON |
| v. | Formerly Docket No. 2003-2620 |
| | Fourteenth Judicial District Court |
| PPG INDUSTRIES, INC., ET AL, | Calcasieu Parish |
| | State of Louisiana |
| Defendants. | |

**CONSENT JUDGMENT**

Upon review of the record and upon the agreement of the claimants, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The plaintiffs Tamerah Lynn Boykin and Sherry Dell Trahan filed this interpleader to determine the interests of the defendants Kathleen Wielgos and the United States of America in funds that represent the legal fee that defendant Byrlyne Van Dyke earned through her representation of the plaintiffs in a damages action in Louisiana state court. The plaintiffs have no interest in those funds. A total of $21,714.03 has been placed in the registry of the Court.

2. The Clerk of Court is authorized and directed to draw checks on the funds on deposit in the registry of this Court in the principal amount of $21,714.03 plus all interest earned less the assessment fee for the administration of funds as follows:

|   |                     |                                  |
|---|---------------------|----------------------------------|
| a. | Check amount:      | $12,253.14                       |
|   | Payable to:         | Kathleen Wielgos                 |
|   | Social Security No.:| 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                      |
|   | Mail to:            | Van C. Seneca, Esquire           |
|   |                     | 405 West College Street          |
|   |                     | Lake Charles, Louisiana 70605    |
| b. | Check amount:      | Remaining balance of registry funds |
|   | Payable to:         | United States of America         |
|   | Mail to:            | Laura M. Conner                  |
|   |                     | Trial Attorney, Tax Division     |
|   |                     | U.S. Department of Justice       |
|   |                     | P.O. Box 14198                   |
|   |                     | Ben Franklin Station             |
|   |                     | Washington, D.C. 20044           |

3. Each party will bear its own costs, including any attorneys fees, related to the litigation of this interpleader.

**THUS DONE AND SIGNED** in Lake Charles, Louisiana, this ___25___ day of ___August___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

GREGORY P. MARCEAUX
Marceaux Law Firm, L.L.C.
1800 Ryan Street, Suite 101
Lake Charles, Louisiana 70601
Telephone: (337) 310-2233
(Attorney for Plaintiffs)

_____
VAN C. SENECA
Van C. Seneca, L.L.C.
405 West College Street
Lake Charles, Louisiana 70605
Telephone: (337) 439-1233
Facsimile: (337) 439-0911
(Attorney for Defendant Kathleen Wielgos)


DONALD W. WASHINGTON
United States Attorney

THOMAS B. THOMPSON
Assistant United States Attorney

_____
LAURA M. CONNER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6438
Facsimile: (202) 514-9868
(Attorneys for Defendant United States of America)